# Exhibit A



**TUCCI DESIGN RENDERINGS – UPDATED MATERIALS – 2.19.201**





*Patio & Kitchen with Updated Materials – Fantastico Travertine Flooring – Southern Cream Cobblestone Cabinet – Yellow River Granite Counters*

*These pictures are for design purposes only and not to be used for construction or building plans*





*Patio & Kitchen with Updated Materials – Fantastico Travertine Flooring – Southern Cream Cobblestone Cabinet – Yellow River Granite Counters*

*These pictures are for design purposes only and not to be used for construction or building plans*





*Patio & Kitchen with Updated Materials – Fantastico Travertine Flooring – Southern Cream Cobblestone Cabinet – Yellow River Granite Counters*

*These pictures are for design purposes only and not to be used for construction or building plans*



*Patio & Kitchen with Updated Materials – Fantastico Travertine Flooring – Southern Cream Cobblestone Cabinet – Yellow River Granite Counters*

*These pictures are for design purposes only and not to be used for construction or building plans*

**TUCCI REVISED INTERIOR SPACE – 1.27.2017**





*2nd Floor Addition Interior Space – Wet Bar with Seating for 3 – Built-in Shelving & Storage with Desk in the Middle – Sitting Area in Front of Wall Mounted TV – Game Table with Chairs – Extended Closet with Pocket Door- Sky Lights*

*These pictures are for design purposes only and not to be used for construction or building plans*





*2nd Floor Addition Interior Space – Wet Bar with Seating for 3 – Built-in Shelving & Storage with Desk in the Middle – Sitting Area in Front of Wall Mounted TV – Game Table with Chairs – Extended Closet with Pocket Door – Sky Lights*

*These pictures are for design purposes only and not to be used for construction or building plans*





*2nd Floor Addition Interior Space – Wet Bar with Seating for 3 – Built-in Shelving & Storage with Desk in the Middle – Sitting Area in Front of Wall Mounted TV – Game Table with Chairs – Extended Closet with Pocket Door- Sky Lights*

*These pictures are for design purposes only and not to be used for construction or building plans*





*Built-in Shelving & Storage Cabinets with Large Desk in Center – Arched Opening over Desk with Pendant Light & Windows – Cabinets on Either Side of Desk with Adjustable Shelves to Hold Computer Equipment – Slide Out Keyboard Shelf Under Desk*

*These pictures are for design purposes only and not to be used for construction or building plans*





*Wet Bar with Seating for 3 – Upper & Lower Cabinets – Mirror Along Wall with Glass Shelves – Wine Racks Along Top of Cabinets with Grooves for Hanging Glasses Below – Glass Paneled Cabinet for Glass / Bottle Storage – Sink with Hot & Cold Water*

*These pictures are for design purposes only and not to be used for construction or building plans*





*Wet Bar with Seating for 3 – Upper & Lower Cabinets – Mirror Along Wall with Glass Shelves – Wine Racks Along Top of Cabinets with Grooves for Hanging Glasses Below – Glass Paneled Cabinet for Glass / Bottle Storage – Sink with Hot & Cold Water- GFCI Outlet*

*These pictures are for design purposes only and not to be used for construction or building plans*



*Locking Storage Doors on Bar Cabinet*



*Wall Mounted TV (65" TV Shown) with Windows on Sides – Sitting Area with Sectional Sofa, Side Chair & Coffee Table*

*These pictures are for design purposes only and not to be used for construction or building plans*



*Wall Mounted TV (65" TV Shown) with Windows on Sides – Sitting Area with Sectional Sofa, Side Chair & Coffee Table*



*Game Table with Chairs & Light Above*

*These pictures are for design purposes only and not to be used for construction or building plans*



*Closet – Pocket Door – Shelving on End – Clothes Rod – Light Switch inside Door*



*Chimney Location & Desk Windows*

*These pictures are for design purposes only and not to be used for construction or building plans*

**TUCCI REVISED DESIGN RENDERINGS – HOA COMPLIANCE**



*Back of House – Italian Cypress Trees Along Fence Line to Hide Play Equipment*



*Side View of House – Fence Moved Forward on Property to Enclose A/C Units and Pool Equipment – New Landscaping Along House & Fence to Hide Pool Equipment & Play Equipment*

*These pictures are for design purposes only and not to be used for construction or building plans*



*Side View of House – Italian Cypress Trees to Hide Play Equipment*



*Corner View of House – Landscaping Along Fence Lines to Hide Play Equipment*

*These pictures are for design purposes only and not to be used for construction or building plans*





*Fence Moved Forward on Property to Enclose A/C Units & Pool Equipment – Landscaping Along House & Fence Line to Hide Play Equipment & Pool Equipment – Plants Used : Boxwood Bushes, Italian Cypress Trees, Crepe Myrtle, & Flowers – Italian Cypress Tress to Hide Trampoline from View*

*These pictures are for design purposes only and not to be used for construction or building plans*





*Italian Cypress Trees to Hide Play Equipment*

*These pictures are for design purposes only and not to be used for construction or building plans*



*Bathroom Addition with Paver Walkway from Pool – New Italian Cypress Trees*



*Outdoor Bathroom Addition – Brick to Match House with Gable Roof – Paver Walkway to Pool / Outdoor Living- New Landscaping & Fence to Hide Pool Equipment*

*These pictures are for design purposes only and not to be used for construction or building plans*



*Outdoor Bathroom – Storage Cabinet – Corner Shower with Glass Door – Door into House - Vanity with Mirror, Lights & Storage - Toilet*



*Storage Cabinet – Corner Shower – Door into House*

*These pictures are for design purposes only and not to be used for construction or building plans*



*Bathroom Door – Storage Cabinet*



*Toilet – Vanity with Mirror, Lights & Storage*

*These pictures are for design purposes only and not to be used for construction or building plans*



*Top View of Additions*

*These pictures are for design purposes only and not to be used for construction or building plans*