# Exhibit B





















Case 19-03614   Document 1-2   Filed in TXSB on 09/19/19   Page 12 of 17











