# Exhibit D

18-DCV-256270
DEJU
Default Judgment
5661918

Case 19-03614   Document 1-4   Filed in TXSB on 09/19/19   Page 2 of 3

Filed
2/15/2019 9:50 AM
Beverley McGrew Walker
District Clerk
Fort Bend County, Texas
Erica Rodriguez

CAUSE NO. 18-DCV-256270

| | | |
|---|---|---|
| AARON and JULIA TUCCI, | § § § | IN THE DISTRICT COURT OF |
| Plaintiffs, | § § | |
| v. | § § | FORT BEND COUNTY, TEXAS |
| OUTDOOR HOMESCAPES OF HOUSTON LLC and WAYNE FRANKS, Individually, | § § § § | |
| Defendants. | § § | 434th JUDICIAL DISTRICT |

### ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT

ON THIS DAY, came on to be heard/considered, Plaintiffs Aaron and Julia Tucci's Motion for Default Judgment (the "Motion") against Defendants Outdoor Homescapes of Houston LLC and Wayne Franks, individually. After considering the Motion and the arguments of counsel, if any, this Court is of the opinion that the Motion should in all things be **GRANTED**. It is therefore,

**ORDERED** that Plaintiffs Aaron and Julia Tucci recover from Defendants Outdoor Homescapes of Houston LLC and Wayne Franks actual damages in the amount of totaling thirty-four thousand six hundred thirty-six dollars and fifty-seven cents ($34,636.57). It is further,

**ORDERED** that Plaintiffs Aaron and Julia Tucci recover from Defendants Outdoor Homescapes of Houston LLC and Wayne Franks exemplary damages in the amount of sixty-nine thousand two hundred seventy-three dollars and fourteen cents ($69,273.14). It is further,

**ORDERED** that Plaintiffs Aaron and Julia Tucci recover from Defendants Outdoor Homescapes of Houston LLC and Wayne Franks pre and post-judgment interest at the rate of five percent (5%) compounded annually beginning on September 29, 2017. It is further,

**ORDERED** that Plaintiffs Aaron and Julia Tucci recover from Defendants Outdoor Homescapes of Houston LLC and Wayne Franks costs in the amount of six hundred ninety-two

dollars ($692.00). It is further,

ORDERED that Plaintiffs Aaron and Julia Tucci recover from Defendants Outdoor Homescapes of Houston LLC and Wayne Franks attorneys' fees in the amount of twelve thousand seven hundred fifty dollars and twenty-three cents ($12,750.23).

SIGNED THIS 19 DAY OF Feb, 2019.

_____
HON. JUDGE PRESIDING